1  Laurence Fred Padway, CA Bar No. 89314
   Lpadway@padway.com
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, CA  94501
   Telephone:   510-814-0680
4  Facsimile:    510-814-0650

5  Attorneys for Plaintiff
   Carol Hood, Ph.D.
6
   JORDAN S. ALTURA (SBN: 209431)
7  jaltura@grsm.com
   REBECCA A. HULL (SBN: 99802)
8  rhull@grsm.com
   GORDON REES SCULLY MANSUKHANI, LLP
9  275 Battery Street, Suite 2000
   San Francisco, CA 94111
10 Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
11
   Attorneys for Defendants
12 STANDARD INSURANCE COMPANY and
   THE CLOROX COMPANY GROUP INSURANCE
13 PLAN

14

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| CAROL HOOD, PH.D., | Case No. 4:19-cv-03504-MMC |
| Plaintiff, | **STIPULATION RE DISMISSAL AND [PROPOSED] ORDER** |
| v. | Complaint Filed:   June 19, 2019 |
| THE CLOROX COMPANY GROUP INSURANCE PLAN, STANDARD INSURANCE COMPANY, and PETER KARZMARK, Ph.D. | Judge: Hon. Maxine M. Chesney |
| Defendants. | |

   WHEREAS, Plaintiff filed her Amended Complaint on July 3, 2019 alleging causes of action for ERISA benefits due; and

WHEREAS, Plaintiff and Defendants have resolved this matter.

IT IS THEREFORE STIPULATED by and between Plaintiff Carol Hood, Ph.D. and Defendants The Clorox Company Group Insurance Plan and Standard Insurance Company (collectively "Defendants") that, pursuant to Federal Rules of Civil Procedure 41 (a) (1)(A) (i i), this action and all claims Plaintiff Carol Hood, Ph.D. has asserted against Defendants in this action are dismissed with prejudice. Plaintiff and Defendants stipulate that each party shall bear their own attorneys' fees and costs.

**IT IS HEREBY STIPULATED.**

Dated: October 28, 2020   LAW OFFICE OF LAURENCE F. PADWAY

By  /s/ Laurence F. Padway
    Laurence F. Padway
Attorneys for Plaintiff
CAROL HOOD, Ph.D.

Dated: October 28, 2020   GORDON REES SCULLY MANSUKHANI, LLP

By  /s/ Jordan S. Altura
    Jordan S. Altura
    Rebecca A. Hull
Attorneys for Defendants
STANDARD INSURANCE COMPANY
and THE CLOROX COMPANY GROUP
INSURANCE PLAN

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated: October 28, 2020

                                    /S/ Laurence F. Padway
                                    LAURENCE F. PADWAY
                                    Attorneys for Plaintiff

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION**, IT IS HEREBY ORDERED:

Dated: October 29, 2020

                                    _____
                                    HONORABLE MAXINE M. CHESNEY
                                    JUDGE OF THE U.S. DISTRICT COURT

STIPULATION RE DISMISSAL AND [PROPOSED] ORDER